AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** DISTRICT

UNITED STATES OF AMERICA

V.

ROBERT ISSA

## WARRANT FOR ARREST

CASE NUMBER: 00-4075-BSS

To: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest ROBERT ISSA

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD

in violation of Title __18__ United States Code, Section(s) __1344__

BARRY SELTZER / ~~CLARENCE MADDOX~~  |  U.S. MAGISTRATE JUDGE / ~~Clerk of the Court/Court Administrator~~
Name of Issuing Officer  |  Title of Issuing Officer

/s/ Barry Seltzer  |  April 11, 2000 - Ft. Lauderdale, FL
Signature of Issuing Officer  |  Date and Location

BSS

Bail fixed at $ Pre-trial Detention  by  BARRY SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 04/20/2000  TIME: 9:30 AM

DEFT.  TONY ISSA  (J)  CASE NO.  00-5091-AEV
~~Arabic~~ Interp. Ord'd-4/20/00)
Lebanese not present.

AUSA.  LAUREN JORGENSEN  ATTY.
Stephen Carlton

AGENT.  FBI  VIOL.  18:1344

PROCEEDING  INITIAL HEARING  BOND.  PTD (REQUESTED BY GOVT)

DISPOSITION

Complaint signed & sworn to by agent in open court.

Deft present - (Lebanese interp. required/will be available on 4/21).

Initial reset to Friday, 4-21-00 @ 9:30 am before Judge Vitunac.

DATE: 4-20-00  TAPE: AEV 00-27-715