# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/20/2000   TIME: 9:30 AM

DEFT. ROBERT ISSA (J) ✓   CASE NO. 00-4075-SELTZER
(Arabic Interp. Ord'd 4/20/00) ~~strikethrough~~
Speaks English

AUSA. LAUREN JORGENSEN ✓   ATTY.
Stephen Carlton

AGENT. FBI   VIOL. 18:1344

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION  Initial held.

Deft present - Sworn/Hst.

Complaint read to deft & advised of his rights.

Deft states he has/will retain counsel.

Status Re Counsel set for Friday, 4-21-00 @ 9:30 AM before Judge Vitunac.

Detention hearing set for Tuesday, 4-25-00 @ 2 PM before Judge Vitunac.

Arraignment date to be set.

DATE: 4-20-00           TAPE: AEV 00-27-357 / 540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.                                        CASE NUMBER   00-5091-AEV

TONY ISSA a/k/a SALIM MATTA
_____/

# INTERPRETER REQUIRED IN CASE

LANGUAGE:   LEBANESE

