UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # 00-4075-BSS

VS.                                REPORT COMMENCING CRIMINAL ACTION

Robert Issa                        PRISONER # 53782-004

*********************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    (FT. LAUDERDALE)    WEST PALM BEACH    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*********************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 4-19-00
2) LANGUAGE(S) SPOKEN: English/Arabic/French
3) OFFENSE(S) CHARGED: Bank Fraud (1344)
4) U. S. CITIZEN  [ ] YES  [✓] NO  [ ] UNKNOWN  Resident Alien
5) DATE OF BIRTH: 8-15-66
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT        [✓] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: Southern District of Florida

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

7) AMOUNT OF BOND:
8) ARRESTING AGENT:
9) AGENCY:

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/21/2000   TIME: 9:30 AM

DEFT. TONY ISSA a/k/a SALIM MATTA (J)   CASE NO. 00-5091-AEV
(Lebanese Interp. Ord'd 4/20/00)
AUSA. ~~LAUREN JORGENSEN~~ STEPHEN CARLTON   ATTY. DONNIE MURRELL (TEMP. RETAINED)

AGENT. JULIE VOGT-FBI   VIOL. 18:1344

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Initial held

Deft present with counsel - sworn I/st.

Interpreter sworn

Complaint read to deft & advised of his rights

Detention hearing set for Tuesday 4-25-00 @ 2pm before Judge Vitunac

(Status re Counsel date to be set @ detention hrng)

Arraignment set for 5-1-00 @ 10:00 am before Judge Johnson.

Defense present arguments as to Probable Cause.

DATE: 4-21-00   TAPE: AEV 00-27-936/1182/