# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 5/3/00   TIME: 10:00 AM

DEFT. ROBERT ISSA (J)                          CASE NO. 00-6108-CR-DIMITROULEAS

AUSA. STEVEN R. PETRI                          ATTY. Roy Black - Temp / Jackie Perset
                                                     ~~MICHAEL SALNICK - TEMP~~

AGENT. JULIE VOGT - FBI                        VIOL. BANK FRAUD
                                                     18:1344, 371

PROCEEDING REPORT RE: CSL & ARRAIGN            BOND. PTD (AEV)

DISPOSITION ~~[redacted]~~

Report re: Counsel and arraignment set for 5/15/00 in Ft. Lauderdale before Duty Magistrate Judge

DATE: 5/3/00                                   TAPE: LRJ-00- 32-524