UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ROBERT ISSA a/k/a Robert Matta
TONY ISSA a/k/a Salim Matta,

   Defendants.
_____/



## ORDER

THIS CAUSE came before the Court on May 3, 2000 for hearing regarding Report re: Counsel and Arraignment. Pursuant to proceedings held, it is

ORDERED AND ADJUDGED that the hearing on Report re: Counsel and Arraignment is hereby reset to Monday, May 15, 2000 at 9:30 A.M., in Fort Lauderdale, Florida, before the Duty Magistrate Judge.

DONE AND ORDERED at West Palm Beach, Florida, this 3rd day of May, 2000.

LINNEA R. JOHNSON
CHIEF U.S. MAGISTRATE JUDGE

Copies provided to:

Honorable William P. Dimitrouleas
Steven Petri, AUSA
Roy Black, Esq.
U.S. Pretrial Services

