| | |
|---|---|
| DEFT: Robert Issa (J)# | CASE NO: 00-6108-CR-Dimitrouleas |
| AUSA: Steve Petri /Nidulsc | ATTNY: Mike Salnick (temp) |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry re Counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

___ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

△ - Requests more time

NEXT COURT APPEARANCE:

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-24-CC | 11:00am | SNOW |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-24-CC | 11:00am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 5-15-00    TIME: 11:00am    TAPE # 00-039    PG # 8
223-299