## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBERT ISSA (J)     CASE NO: 00-6108-CR-DIMITROULEAS

AUSA: STEVE PETRI /Hummel/     ATTY: ~~ROY BLACK~~ (temp) F. Lee Bailey

AGENT:_____ VIOL: Margarita Downey

PROCEEDING INQ RE CNSL/ARRAIGN.     RECOMMENDED BOND_____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED_____

      BOND SET @

      SPECIAL CONDITIONS:

*[FILED stamp: MAY 24 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

_____

           Reading of Indictment Waived
           Not guilty plea entered
           Jury trial demanded
           Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                      PTD/BOND HRG:

                      PRELIM/ARRAIGN:

                      REMOVAL HRG:

                      STATUS CONF:   6-8     //     BSS

Date: 5-24-00    Time 10:00    FTL/LSS TAPE #00- 024   Begin: 1416   End: 1478

