UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ROBERT ISSA



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 24, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____F. LEE BAILEY, ESQ._____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET/CONTINUED: $ *Custody continued*_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __24TH__ day of __MAY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_____
    Deputy Clerk

Tape No.____00-_024____

cc: Copy for Judge
    U. S. Attorney