UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6108CR    DIMITROULEAS
18 U.S.C. 371
18 U.S.C. 1344

UNITED STATES OF AMERICA

v.                                          MAGISTRATE JUDGE
                                            SNOW
ROBERT ISSA,
    a/k/a Robert Matta,
and
TONY ISSA,
    a/k/a Salim Matta,

          DEFENDANT.
_____/

## NOTICE OF APPEARANCE

The firm of F. Lee Bailey, hereby files its Notice of Appearance for Defendant,

ROBERT ISSA, and requests that all future correspondence, pleadings, etc., be forwarded

to the address listed below.

                    Respectfully submitted,

                    F. LEE BAILEY, ESQ.
                    823 North Olive Avenue
                    West Palm Beach, FL 33401
                    Telephone: (561) 655-4406
                    Facsimile: (561) 655-4820
                    Florida Bar No: 820520

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed
this 22nd day of May, 2000, to: at Office of the U.S. Attorney, Southern District of



Florida, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

_____
F. LEE BAILEY, ESQ.

C:\MyFilesSue\Florida Bar\Issa\Issa NOA.wpd