UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
ROBERT ISSA,                )
                            )
                            )
    Defendant.              )
_____)

**GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.   1.   The government is unaware of any written statements made by the defendant after being advised of his rights.

           2.   Statements made by defendant Robert Issa to the arresting FBI agents are summarized in the attached report, an FBI 302 dated 4/21/00 by SA Tierney and SA Acree.

3. No defendant testified before the Grand Jury.

4. A copy of the defendant's criminal history will be provided as soon as received by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney. Undersigned counsel has left a message with defense counsel to set up a discovery meeting. For convenience of counsel, attached to this response are documents numbered 1-132. Undersigned counsel would be happy to explain the significance of these documents at the discovery meeting.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976). At present, the undersigned AUSA is unaware of any Brady information.

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959). At present, no government witnesses have received any benefits of this type.

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or

2

informant who will testify for the government at trial. At present, the government does not expect to be calling any such witness at trial.

F.  The defendant was not identified in a show up.

G.  The government has advised its agents and officers involved in this case to preserve all rough notes.

H.  The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine). The government expects to be introducing evidence against the defendant from the case of New Jersey v. Robert Issa, 95-01-0018-1. A copy of this indictment is attached.

I.  The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  No contraband is involved in this indictment.

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession, other than the white Ford Excursion which is currently in FBI possession. The government also has photos of this vehicle, which was captured on the bank surveillance video.

M.  The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.  To date, the government has not received a request for disclosure of the subject-matter of expert

             testimony that the government reasonably expects to offer at trial.

O.      The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.      At the discovery conference to be scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

    The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was as specified in the indictment.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                      By: _____
                              STEVEN R. PETRI
                              Assistant United States Attorney
                              Federal Bar No. A5500048
                              500 East Broward Blvd.
                              Suite 700
                              Fort Lauderdale, Florida 33394
                              Tel: (954) 356-7255 Ex. 3599
                              Fax: (954) 356-7366

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this ___ day of June, 2000 to: F. Lee Bailey, 823 North Olive Ave., West Palm Beach FL 33401.

Steven R. Petri
Assistant United States Attorney