DEFT: Robert Issa (no deft)   CASE NO: 00-6108-CR-Dimutrouleas
AUSA: Steve Petri / Mitrani / Roger   ATTNY: F. Lee Bailey / Manjoria
AGENT:   VIOL:
PROCEEDING: Status Conference   BOND REC:

FILED by ___ D.C.
1 JUN 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:
___ BOND SET @ 
CO-SIGNATURES: 
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 
11) Travel extended to: 
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions
5 days to try
possible plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: 
PTD/BOND HEARING: 
PRELIM/ARRAIGN. OR REMOVAL: 
STATUS CONFERENCE: 

DATE: 6-8-00   TIME: 11:00am ends 12:pm   TAPE # 00-045 PG # 1
3445-3521