UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

ROBERT ISSA,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 8, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require five days to try.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ___ day of June 2000.

                                          BARRY S. SELTZER
                                          United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Steve Petri, Esquire
Assistant United States Attorney

F. Lee Bailey, Esquire
Bailey Fishman Freeman, et al.,
1400 Centrepark Boulevard, Suite 909
West Palm Beach, Florida 33401-7412
Attorney for Defendant