UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

ROBERT ISSA and       :
TONY ISSA,

        DEFENDANTS.       :

## GOVERNMENT'S 404B NOTICE

The Government hereby files this specific 404B notice, and states the following: the Government plans to introduce at trial under Rule 404B of the Federal Rules of Evidence the following evidence:

On January 29, 1992, Robert Issa and Tony Issa entered Prospect Savings Bank in Wayne, New Jersey. Robert Issa said he was there with Gabriel Ghafari, who wanted to open an account. Tony Issa was posing as Gabriel Ghafari, and had a driver's license in this name. The account was opened, and a bad check was deposited into the account in the amount of $16,250. On January 30, 1992, Robert Issa and Tony Issa withdrew $9,500 from the account, and another $6,580 the following day. These withdrawals took place before the bank received notice that the check was bad.

Tony Issa was interviewed by a New Jersey Police Detective in English concerning this

1



offense. The substance of his statements will be provided to defense counsel as soon as the report is received by this office. There are bank security camera photos of Robert Issa and Tony Issa which will be presented as evidence of the above specified transactions.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

By: *[signature]*

                            STEVEN R. PETRI
                            ASSISTANT U.S. ATTORNEY
                            COURT NO. A5500048
                            500 E. Broward Blvd., 7th Flr
                            Ft. Lauderdale, Fl 33394
                            (954) 356-7255
                            (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 14th day of June, 2000 to F. Lee Bailey, Esquire, 823 North Olive Ave., West Palm Beach, Fl 33401 and to Donnie Murrell, Esquire, 400 Executive Center Dr., Suite 201, West Palm Beach, Fl 33401.

                            *[signature]*

                            STEVEN R. PETRI
                            ASSISTANT U.S. ATTORNEY