**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 00-6108CR
DIMITROULEAS
18 U.S.C. 371
18 U.S.C. 1344



UNITED STATES OF AMERICA

v.

MAGISTRATE JUDGE SNOW

ROBERT ISSA,
    a/k/a Robert Matta,
and
TONY ISSA,
    a/k/a Salim Matta,

**DEFENDANT**

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE, that the correct address for counsel undersigned is:

F. LEE BAILEY, ESQ., 823 North Olive Avenue, West Palm Beach, Florida 33401. Telephone and fax numbers are listed below. The Clerk and all other counsel are requested to update their records accordingly.

Respectfully submitted,

F. LEE BAILEY, ESQ.
823 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-4406
Facsimile: (561) 655-4820

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed this 20th day of June, 2000, to: Office of the U.S. Attorney, Southern District of Florida,



500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394.

F. LEE BAILEY, ESQ.

C:\MyFiles\Sue-Issa\notice of address change.wpd