UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6108CR   DIMITROULEAS
18 U.S.C. 371
18 U.S.C. 1344

UNITED STATES OF AMERICA

v.                                                                MAGISTRATE JUDGE SNOW

ROBERT ISSA,
   a/k/a Robert Matta,
and
TONY ISSA,
   a/k/a Salim Matta,

       DEFENDANT
_____/

## MOTION FOR A CONTINUANCE OF STATUS CONFERENCE AND TRIAL

NOW comes the Defendant, ROBERT ISSA, by and through his undersigned counsel, and moves this Court for a continuance of the status conference and trial, grounded as follows:

1. Undersigned counsel is scheduled to undergo extensive dental surgery on June 23, 2000, and will be unable to attend the calendar call.

2. As a result of the verdict in the case of *United States v. Tony Issa* this morning, undersigned counsel and the prosecution in the instant case are undergoing negotiations in efforts to arrive at a plea and will need a little time to do so.

2. Counsel for the undersigned is scheduled to commence a trial in a capital case in North Carolina, ***United States v. Swink***, on July 10, 2000. The two week trial



period in the above matter is scheduled to be concluded July 21, 2000.

3. Assistant United States Attorney Steve Petri has been contacted and advised that he has no objection to this continuance.

4. This request is made in good faith and not for purposes of delay.

> Law Offices of F. Lee Bailey
> Counsel for Defendant, Robert Issa
> 823 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-4406
> Facsimile: (561) 655-4820
>
> By: _____
> F. LEE BAILEY
> Florida Bar No: 820520

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by facsimile #(954) 356-7336, this 21st day of June, 2000, to: **STEVE PETRI, ESQ.,** Assistant United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394.

_____
F. LEE BAILEY