```
              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF FLORIDA

                 WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA,     . CASE NO. 00-6108-CR-WPD
                              .
          PLAINTIFF,           . MIAMI, FLORIDA
                              . APRIL 25, 2000
     V.                       . 2:00 P.M.
                              .
ROBERT ISSA AND TONY ISSA,    :
                              .
          DEFENDANTS.          :
. . . . . . . . . . . . . . . .
```



FILED by _____ D.C.
APPEAL
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF DETENTION HEARING OF ROBERT ISSA

HAD BEFORE THE HONORABLE ANN E. VITUNAC,

UNITED STATES MAGISTRATE JUDGE.

*[handwritten: send to FTL after scanning]*

RIPT

(305) 523-5568