UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6108-CR-WPD |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . APRIL 25, 2000 |
| V. | . 2:00 P.M. |
| ROBERT ISSA AND TONY ISSA, | . |
| DEFENDANTS. | . |

FILED by _____ D.C.
APPEAL
JUN 2 3 2000
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S. D. OF FLA. - MIAMI

TRANSCRIPT OF DETENTION HEARING OF ANTHONY ISSA

HAD BEFORE THE HONORABLE ANN E. VITUNAC,

UNITED STATES MAGISTRATE JUDGE.

- - - - -
PAGES 1 THROUGH 75
- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)523-5568