UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6108-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERT ISSA,

    Defendant.
_____/

**ORDER**

THIS CAUSE having been heard upon Defendant's June 21, 2000 Motion For Continuance of Status Conference and Trial, said motion is DENIED, without prejudice to renew on June 23, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _22_ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

F. Lee Bailey, Esquire
823 North Olive Avenue
West Palm Beach, FL 33401-3709

Steve Petri, AUSA

