### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6108-CR-WPD    DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Robert Issa

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: Marguerita Downey / in-Pro se Buddy

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's M/ Continue is Granted. Court Resets trial and finds that the time from today until trial is deemed Excludable.

JUDGMENT: _____

CASE CONTINUED TO: 7/14/00    TIME: 9:00    FOR: Cal. Call
MISC: 7/17/00    9:00    trial period

