**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>HONORABLE WILLIAM P. DIMITROULEAS</u>

CASE NUMBER: 00-6108-CR    DATE: July 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Robert Issa

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: F. Lee Bailey

REASON FOR HEARING: Calendar Call / Status Conference
* Change of Plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 2. Gov agrees to dismiss Count 1 at time of sentencing. There will be no contesting issue of forfeiture.

JUDGMENT: _____

CASE CONTINUED TO: 9/5/00    TIME: 11:30    FOR: Sentencing
MISC: Written Plea Agreement filed.

