UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6108CR   DIMITROULEAS
18 U.S.C. 371
18 U.S.C. 1344

UNITED STATES OF AMERICA

v.                                                    MAGISTRATE JUDGE SNOW

ROBERT ISSA,
    a/k/a Robert Matta,
and
TONY ISSA,
    a/k/a Salim Matta,

            DEFENDANT
_____/

## MOTION FOR A CONTINUANCE OF SENTENCING DATE

NOW comes the Defendant, ROBERT ISSA, by and through his undersigned counsel, and moves this Court for a continuance of the sentencing date of September 15, 2000, grounded as follows:

1. Undersigned counsel is scheduled to attend a wedding of importance in Westport, Connecticut on September 16, 2000, and will be unable to attend the sentencing of Defendant, Robert Issa, on September 15, 2000, due to air travel on that date.

2. Assistant United States Attorney Steve Petri has been contacted and advised that he has no objection to this continuance.

3. It is respectfully requested that this sentencing be continued to September 29, 2000.



4.  This request is made in good faith and not for purposes of delay.

> Law Offices of F. Lee Bailey
> Counsel for Defendant, Robert Issa
> 823 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-4406
> Facsimile: (561) 655-4820
>
> By: _____
> F. LEE BAILEY
> Florida Bar No: 820520

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by facsimile #(954) 356-7336, this 7th day of September, 2000, to: **STEVE PETRI, ESQ.,** Assistant United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394.

_____
F. LEE BAILEY