UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6108-CR-DIMITROULEAS

　　　Plaintiff,

vs.

ROBERT ISSA,

　　　Defendant.
_____/

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having been heard upon Defendant's September 8, 2000, Motion For Continuance of Sentencing Date, said motion is GRANTED. Sentencing is reset for <u>Friday, September 29, 2000 at 11:15 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

F. Lee Bailey, Esquire
823 N. Olive Avenue
West Palm Beach, FL 33401

Steve Petri, AUSA

Office of U.S. Probation

