**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6108-CR-DIMITROULEAS**

-------------------------------------------X

UNITED STATES OF AMERICA,
       Plaintiff,
--Vs.—

ROBERT ISSA,
       Defendant.

-------------------------------------------X

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Robert Issa, through counsel, respectfully moves this honorable court for an order pursuant to S.D. Fl. L.R. 88.8 (AO-95-02), Rule 32(c), and USSG 6A1.3, p.s. correcting the presentence report. As reasons and grounds, defendant states:

### I.
### INTRODUCTION

1. Defendant is scheduled to be sentenced on September 29, 2000.

### II.
### OFFENSE LEVEL

2. Defendant respectfully objects to the USPO's proposed application of USSG 2F1.1(b)(1)(L) indicating that the offense level should be enhanced 11 levels based on a loss between $800,00 - $1,500,000. *See*



PSI at p. 9, paragraph 25. Defendant submits that the actual amount of the intended loss for relevant conduct purposes is $370,000 warranting a 9 level increase only, USSG 2F1.1(b)(1)(J).

3. As such, the adjusted guidelines would be 15 - 21 months based on an adjusted offense level of 14 (6 + 2 + 9 − 3 = 14) and criminal history category I.

4. Undersigned counsel has discussed this matter with Steven R. Petri, AUSA and the government concurs that the amount intended loss in this case is $370,000 yielding an applicable guideline range of 15 - 21 months imprisonment.

WHEREFORE, for the foregoing reasons, it is respectfully prayed that an order issue granting the requested relief.

Respectfully submitted,

**Law Offices of**
**F. LEE BAILEY, Esq.**
823 North Olive Avenue
West Palm Beach, FL. 33401
Tel. 561. 655. 4406
Fax 561. 655. 4820

By: _____
**F. LEE BAILEY**
Florida Bar No. 820520

**Certificate of Service**

I certify that a copy of this notice was sent by mail this   day of September , 2000 to: Steven R. Petri, Esq., AUSA  500 East Broward Blvd. 7th Floor Ft. Lauderdale, FL. 33301, and Paul E. Czekanski, USPO 299 E. Broward Blvd. #409 Ft. Lauderdale, FL. 33301.