**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6108-CR-WPD   DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Robert Issa

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: F. Lee Bailey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 15 months BOP, 5 years Supervised Release, no fine, $100 Assessment. $369,063.77 joint & several liability on restitution. Court recommends designation to FORT DIX, NJ

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.