UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT ISSA,

        Defendant.
_____/

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S.C. §853(n)(7). In support, the United States submits that:

1. On August 21, 2000, this Court entered a judgment and preliminary order of forfeiture against the defendant's interest in a White Ford Excursion vehicle, VIN# 1FMNU43S57YEA0066, and $250.00 in account no. 0143004077 at Republic Security Bank in the name of Hialeah Park Racing, Inc.

2. On September 11, 2000, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation.

3. Proof of the publication was filed with this Court on September 19, 2000.

4. No person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the property listed in paragraph one.



5.  The United States is entitled to a final order of forfeiture against the defendant's property in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the property in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed this 20th day of November, 2000, to F. Lee Bailey, Esq., 823 North Olive Avenue, West Palm Beach, FL 33401.

_____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY