UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ISSA,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 21, 2000, this Court entered a judgment and preliminary order of forfeiture against the defendant's interest in a White Ford Excursion vehicle, VIN# 1FMNU43S57YEA0066, and $250.00 in account no. 0143004077 at Republic Security Bank in the name of Hialeah Park Racing, Inc.;

WHEREAS, on September 11, 2000, the notice of forfeiture regarding the entry of the judgment and preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation;

WHEREAS, proof of the publication was filed with this Court on September 19, 2000;

WHEREAS, no person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the defendant's property;

WHEREAS, the Court is not aware of any other party having a remaining interest in the defendant's property,



it is hereby

ORDERED and ADJUDGED, that pursuant to 21 U.S.C. §853, the White Ford Excursion vehicle, VIN# 1FMNU43S57YEA0066, and $250.00 in account no. 0143004077 at Republic Security Bank in the name of Hialeah Park Racing, Inc., are HEREBY CONDEMNED, FORFEITED and VESTED to the United States of America, and shall be disposed by the United States Marshals Service in accordance with law.

DONE and ORDERED this ____ day of November, 2000, at Fort Lauderdale, Florida.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
    F. Lee Bailey, Esq.