UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  00-6108-CR-DIMITROULEAS

-------------------------------------------X

UNITED STATES OF AMERICA,
    Plaintiff,
--Vs.—

ROBERT ISSA,
    Defendant.
-------------------------------------------X

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Benson Weintraub, Esq. enters an appearance as counsel of record for Robert Issa in connection with post-conviction matters, e.g., return of property.

I certify that a copy of this notice was sent by mail this 26th day of December , 2000 to: Steven R. Petri, Esq., AUSA  500 East Broward Blvd. 7th Floor Ft. Lauderdale, FL. 33301.

                              Respectfully submitted,
                              **BENSON B. WEINTRAUB, Esq.**
                              Counsel for Defendant
                              One East Broward Blvd. # 700
                              Ft. Lauderdale, FL. 33301
                              Tel. 954 713 8018   Fax 954 713 8019
                              http://federalsentencing.net

By: _____
                              **BENSON B. WEINTRAUB**
                              Florida Bar No. 0486418

