SRP:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6108-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| ROBERT ISSA, | : |
| DEFENDANT. | : |

### GOVERNMENT'S MOTION FOR
### SPECIFIC PAYMENT OF RESTITUTION

The government hereby files this motion for specific payment in restitution, and states the following:

1. The defendant, Robert Issa, is currently serving a 15 month prison sentence after having pled guilty and being sentenced for defrauding First Union National Bank. At his sentencing on September 29, 2000, the defendant was ordered to pay restitution of $269,063.77, a debt which remains outstanding.

2. At the time of his arrest in this case, on April 19, 2000, the defendant was in possession of $3,700 which was seized by the FBI and has remained in evidence.

3. Now that the case is over, the FBI would like to turn the $3,700 over to First Union National Bank as a partial payment of the defendant's restitution.



4. Attempts to contact defense counsel F. Lee Bailey to obtain his position on this motion have failed.

5. WHEREFORE, the government moves this Court for an Order directing the FBI to turn the $3,700 over to First Union National Bank, with the FBI giving notice to the U.S. Probation Office that Robert Issa be credited this amount towards his restitution.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY
COURT NO. A5500048
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of August, 2001 to F. Lee Bailey, Esquire, 823 North Olive Avenue, West Palm Beach, Fl 33401.

_____

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

2