UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6108-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERT ISSA,

    Defendant.

_____/

## ORDER DEFERRING RULING

THIS CAUSE having come before the Court on the Government's Motion For Specific Payment of Restitution [DE-101] wherein the Government requests that $3,700.00 seized from the Defendant be applied toward restitution, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling for ten (10) days to await a response from the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of August, 2001.

                                      WILLIAM P. DIMITROULEAS
                                    United States District Judge

Copies furnished to:

Steven Petri, AUSA

F. Lee Bailey, Esquire
823 N. Olive Avenue
West Palm Beach, FL 33401

Benson Weintraub, Esquire
One East Broward Boulevard, #700
Ft. Lauderdale, FL 33301