UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6108-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERT ISSA,

    Defendant.

_____/



## ORDER

THIS CAUSE having come before the Court on the Government's Motion For Specific

Payment of Restitution [DE-101] wherein the Government requests that $3,700.00 seized from

the Defendant be applied toward restitution, and the Court having deferred ruling for ten (10)

days to await a response from the Defendant [DE-102] and no response having been filed, said

Motion For Payment is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of September.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Steven Petri, AUSA

F. Lee Bailey, Esquire
823 N. Olive Avenue
West Palm Beach, FL 33401

