PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran.Ct)
00-6108-Cr-Dimitrouleas

DOCKET NUMBER (Rec.Ct)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>ROBERT ISSA | DISTRICT<br>SD/FL, MIAMI | DIVISION<br>Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>William P. Dimitrouleas | |
| SD/FL PACTS No. 63627 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>07/18/01 | TO<br>07/17/06 |

OFFENSE
Bank Fraud in violation of 18, US Code 1344.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Jersey, Patterson upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 22, 2002
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, PATTERSON
   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEBRUARY 15, 2002
Effective Date

_____
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4-4-02

**United States Government**
MEMORANDUM

**DATE:** March 25, 2002

**FROM:** Tangela P. Shepard  U. S. Probation Officer Assistant
(Biscayne Office), Miami, FL

**SUBJECT:** ISSA, Robert
DOCKET NO. 00-618-Cr-Dimitrouleas
SD/FL PACTS NO. 63627

**TO:** Colette Farrington, Magistrate Section
U. S. District Court, Miami, FL

## TRANSFER OF JURISDICTION

Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on January 22, 2002, by The Honorable William P. Dimitrouleas, U. S. District Judge, Southern District of Florida, Miami and signed in Part Two on February 13, 2002, by The Honorable, Alfred Wolin, U. S. District Judge, District of Patterson, NJ.

Please forward your complete file to the Clerk of the Court in the District of New Jersey, Patterson Division.

tps

Attachments