# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



April 4, 2002

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
Fourth Floor, 50 Walnut Street
Newark, NJ 07102



RE:   *USA -vs- Robert Issa*
      Case No.00-6108-CR-WPD

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
     Deputy Clerk

Encl.

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

_____

by: _____
     Deputy Clerk

Date: 4/8/02

